IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 0979 1:07CR30018-001 |
| v. | ORDER REVOKING SUPERVISED RELEASE TERM |
| JAMES EDWARD FULBRIGHT, | AND IMPOSING SENTENCE |
| Defendant. | |

On November 19, 2007, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 37 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began January 15, 2010.

On January 8, 2013, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On March 4, 2013, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found the defendant had violated the conditions of supervised release by using controlled substances and by failing to

notify the probation officer within 72 hours of a change of address.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 5 months. No reimposition of supervised release is ordered.

**DATED** this \_\_\_5\_\_ day of March, 2013.

*[signature]*
The Honorable Owen M. Panner
Senior U.S. District Judge

*ORDER—FULBRIGHT, JAMES*                                                                  *Page 2*
kw/38347